510

895 A.2d 545
**In the Interest of T.F.**

**Appeal of Commonwealth of Pennsylvania.**
**No. 27 EAP 2004.**

Supreme Court of Pennsylvania.

Argued Oct. 20, 2004.

Decided April 21, 2006.

*ORDER*

PER CURIAM.

Appeal dismissed as having been Improvidently Granted.

Former Justice NIGRO did not participate in the decision of this case.